UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>25-mj-8748-WM</u>

FILED BY ___SW___ D.C.
Dec 12, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**IN RE COMPLAINT**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  */s/ Suzanne Huyler* _____
SUSANNE HUYLER
Assistant United States Attorney
Court No. A5503350
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1013
Suzanne.Huyler@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL MARKAL TAYLOR JR.,<br><br>*Defendant(s)* | Case No. 25-mj-8748-WM<br><br>FILED BY ___SW___ D.C.<br>Dec 12, 2025<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - WPB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2025  in the county of  Palm Beach  in the
Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 922(g) | Felon in Possession of a firearm and ammunition |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Jonathan Garten*
Complainant's signature

Jonathan Garten, FBI Task Force Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: December 12, 2025

*William Matthewman*
Judge's signature

City and state:  West Palm Beach, FL    William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Jonathan A. Garten, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND JURISDICTION

1.  I am a Detective with the Palm Beach County Sheriff's Office (PBSO) within the Violent Crimes Division (VCD)-Gang Unit, and I have been so employed since August 2013. I am currently assigned as a Task Force Officer (TFO) to the Federal Bureau of Investigation, Palm Beach County Resident Agency Squad PB-2, the Violent Crimes and Major Offender Squad, which investigates bank robberies, narcotics trafficking, fugitives, firearms offenses, and other violent crimes. In this position, I have participated in investigations dealing with firearms violations, narcotics trafficking, and other violent crimes.

2.  I make this affidavit in support of a Criminal Complaint and Arrest Warrant charging MICHAEL MARKAL TAYLOR JR (herein after referred to as TAYLOR) with felon in possession of a firearm and ammunition which has been transported in interstate commerce, in violation of in violation of 18, United States Code, Section 922(g),

3.  This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers. The limited purpose of this affidavit is to establish probable cause for the offenses described above. Accordingly, this affidavit does not set forth every fact that is known to me, or other law enforcement officers.

### PROBABLE CAUSE

4.  On January 6, 2025, law enforcement patrolling a residential development in the City of Delray Beach, Florida, observed two males sitting in a running vehicle. When officers illuminated the vehicle with their flashlights, officers immediately identified the front passenger

as SHEDRICK MYERS (herein after referred to as MYERS), from prior narcotics and robbery investigations. MYERS had a hand rolled cigarette in his right hand that, based on officers training and experience, was consistent with a marijuana cigarette. Once MYERS saw the officers, he made furtive movements consistent with an attempt to conceal something from law enforcement.

5. Officers approached the vehicle and when doing so, Officers observed the elbow of the driver of the vehicle (later identified as TAYLOR) shoot towards the roof of the vehicle. Based on training and experience, the officers knew that this movement was consistent with an individual taking something out of their waistband. After seeing the elbow of TAYLOR being raised, officers observed an "L-Shaped" item between MYERS and TAYLOR while TAYLOR continued to frantically move his hand.

6. Due to these real time observations, the officers believed a firearm was involved and being moved throughout the cabin of the vehicle. With these observations and in regards to officer safety, officers drew their firearms and conducted a felony stop on the vehicle and its occupants.

7. Officers first secured the front passenger (MYERS) and while doing so they observed TAYLOR in the driver's seat with a marijuana cigarette ("Blunt") on his lap. TAYLOR spontaneously stated that the cigarette on his lap was in fact a "Blunt" or marijuana cigarette. Next, officers approached the front driver's door and secured TAYLOR who was in the seated position.

8. With both occupants secured, officers looked into the vehicle to confirm the vehicle was clear and when doing so, officers observed a firearm wedged between the driver's seat and the center console as seen below.



9. The firearm (Heckler & Koch VP95K SN#:232-036117 9MM CALIBER) was secured, as well as a black and gray satchel that was leaning against the front driver's seat which was where TAYLOR had been sitting. It was noted that within the small zipper of the satchel, which was open prior to Officers securing it, Officers observed a small bag of a white powdery substance.

10. After all items were seized, TAYLOR was read his *Miranda* warnings which he stated he understood. Post-*Miranda* warnings, TAYLOR admitted to having knowledge of the firearm and admitting to moving said firearm. Continuing within post-*Miranda* statements, TAYLOR stated he moved the black and gray satchel from the rear of the vehicle to the front driver's seat where he was seated when Officers detained him.

11. TAYLOR is a 7-time convicted felon in the State of Florida with his latest two (2) convictions coming under court case numbers 502021CF003260AXXXMB (Carry a Concealed Firearm) and 502019CF002276AXXXMB (Trafficking in Heroin).

12. Pursuant to the manufacturer, the aforementioned Heckler & Koch firearm seized in this case was manufactured in Germany, imported to Columbus, Gorgia, and sold to a wholesaler

in New York. The firearm therefore travelled in both interstate and foreign commerce prior to its seizure in Florida.

## **CONCLUSION**

13.     For the reasons set forth above, I respectfully submit there is probable cause to believe MICHAEL MARKAL TAYLOR JR. committed the criminal offense of felon in possession of a firearm which has been transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Jonathan Garten*
Jonathan Garten, Task Force Officer
Federal Bureau of Investigation

Sworn and Attested to before me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __12th day of December, 2025.

*William Matthewman*
HON. WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE